FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★    OCT 03 2012    ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SONIA RUSSELL,

           Plaintiff,

    -against-

CATHOLIC CHARITIES,

           Defendant.
-------------------------------------------------------X

**ORDER**
12-CV-3899 (SJF)(AKT)

FEUERSTEIN, District Judge:

On August 1, 2012, *pro se* plaintiff Sonia Russell ("plaintiff") commenced this employment discrimination action against Catholic Charities ("defendant") pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17, as amended, and filed an application to proceed *in forma pauperis*. Plaintiff's financial status, as set forth in her declaration in support of the application to proceed *in forma pauperis*, qualifies her to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is granted. The Clerk of Court shall cause the United States Marshal Service to serve copies of the summons, complaint and this Order upon defendant without prepayment of fees and serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the *pro se* plaintiff at her last known address, *see* Fed. R. Civ. P. 5(b)(2)(C).

**SO ORDERED.**                    s/ Sandra J. Feuerstein

                                                   Sandra J. Feuerstein
                                                   United States District Judge

Dated: October 3, 2012
       Central Islip, New York